CRAIG ROBERTS, CARRIE ROBERTS, MICHAEL
ROBERTS, and ANDREW ROBERTS and LINDSAY
ROBERTS, minors, by their Guardian ad Litem,
Edward E. Robinson,

                Plaintiffs,                              Civil Action No. 05-C-0806

     and

UNITED HEALTHCARE INSURANCE COMPANY,

                Involuntary Plaintiff,

     v.

NATIONAL RAILROAD PASSENGER CORPORATION,
CSX CORPORATION and
CSX TRANSPORTATION, INC.,

                Defendants.

---

**ORDER APPROVING MINOR SETTLEMENT**

---

This matter having come before the court on a Petition of Edward E. Robinson, Guardian ad Litem for Lindsay Roberts, minor, for court approval of a settlement of said minor's claims; and the court having reviewed the Petition and the entire record set before it, and the court being satisfied that all interested parties have been given notice of the Petition and an opportunity to note and be heard regarding any objections to the granting of said Petition;

**NOW, THEREFORE**, the court, pursuant to sec. 807.10, Wis. Stats., finds and declares that the proposed settlement of the minor Lindsay Roberts' claims for $10,000.00 is fair and reasonable and in her best interest.

**THE COURT FURTHER** orders that Lindsay Roberts' $10,000.00 settlement proceeds be distributed as follows:

    a.     To Cannon & Dunphy, S.C. for attorneys' fees in the amount of $2,500.00 representing 25% of $10,000.00.

b.       Cannon & Dunphy, S.C., the amount of $789.03 as out-of-pocket costs incurred for the prosecution of the personal injury claim;

c.       The balance of $6,710.97, to be invested in the name of Lindsay Roberts in one of the following instruments:

> (i)     Certificates of deposit;
> (ii)    Treasury bills;
> (iii)   Federally insured money market account; or
> (iv)   Corporate, municipal, or government backed bonds with an AAA rating.

That instrument shall be restricted in accordance with the Court's order in this matter, which shall be filed with the account; and that said amount and interest will be released to Lindsay Roberts on her eighteenth (18th) birthday.  No other distributions shall be made absent a court order.  Said funds shall be invested in one of the above manners within ten (10) days of the Court's order approving the instant petition, and proof of compliance shall be filed with the Court.

The Court further orders Edward E. Robinson, as Guardian ad Litem for Lindsay Roberts, to execute all documents necessary to effectuate these settlements, and that, upon execution of such documents, Edward E. Robinson shall be discharged from his obligations as Guardian ad Litem for Lindsay Roberts.

Dated this 30th day of January, 2008.

**BY THE COURT:**

s/ C. N. CLEVERT, JR.
Honorable Charles N. Clevert